

# THE SUPREME COURT OF TEXAS
**Post Office Box 12248**
**Austin, Texas 78711**

(512) 463-1312

March 20, 2015

Ms. Judith Lee Ramsey                    Mr. Joseph R. Larsen
Chief, General Litigation Section        Sedgwick LLP
City of Houston Legal Department         1200 Smith Street, Suite 1600
P.O. Box 368                             Houston, TX 77002
Houston, TX 77001-0368                   * DELIVERED VIA E-MAIL *
* DELIVERED VIA E-MAIL *

RE:     Case Number:  14-0015
        Court of Appeals Number:  01-12-00050-CV
        Trial Court Number:  0875633

Style:  RANDALL KALLINEN AND PAUL KUBOSH
        v.
        THE CITY OF HOUSTON

Dear Counsel:

Today the Supreme Court of Texas issued an opinion and judgment in the above-referenced cause.  You may obtain a copy of the opinion and judgment through Case Search on our Court's webpage at: http://www.txcourts.gov/supreme.aspx.  On the Case Search page simply enter the case number and push the Search button to find the docket page for your case.

Sincerely,

Blake A. Hawthorne, Clerk

by Claudia Jenks, Chief Deputy Clerk

cc:     Ms. Karen L. Watkins (DELIVERED VIA E-MAIL)
        Mr. Christopher Prine (DELIVERED VIA E-MAIL)
        Ms. Kimberly L. Fuchs (DELIVERED VIA E-MAIL)
        Mr. Hiren Patel (DELIVERED VIA E-MAIL)
        Mr. Chris Daniel (DELIVERED VIA E-MAIL)
        Mr. Paul C. Watler (DELIVERED VIA E-MAIL)
        Anuj Arun Shah